484

297 P.3d 176

**Mikel LO MD**

v.

**Hon. Lee/Valerie MILLS et vir.**

**No. CV–13–0019–PR.**

Supreme Court of Arizona.

March 19, 2013.

ORDERED: Petition for Review of a Special Action Decision of the Court of Appeals = DENIED.

FURTHER ORDERED: Paragraphs 5 and 6 of the Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.